**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Christopher Reeves,

Plaintiff

v.

Kevin McMahill, et al.,

Defendants

Case No.: 2:26-cv-0116-JAD-MDC

**Order Dismissing Case**

[ECF Nos. 27, 29]

Plaintiff Christpher Reeves brought this civil-rights lawsuit to redress constitutional violations that he claims he suffered during a September 2025 arrest and detention.[1] The defendants moved to dismiss on October 2, 2026, and any opposition to that motion was due by October 20, 2026.[2] That deadline passed without any response, leaving the motion to dismiss unopposed. This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the motion. IT IS THEREFORE ORDERED that the defendants' motion to dismiss **[ECF No. 27] is GRANTED, the defendants' motion to extend time [ECF No. 29] is DENIED as moot, and this case is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.[3]**

U.S. District Judge Jennifer A. Dorsey
October 28, 2026

[1] ECF No. 2.

[2] ECF Nos. 27, 28.

[3] The plaintiff has not filed any document in this case in more than six months, and court mail has been returned to sender.